FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUN 2 2 2009

Civil Action No. **'09 - CV - 01455** *BnB*

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

BERNARD MADOFF d/b/a JONATHAN LEE RICHES,

    Plaintiff,

v.

WNBA d/b/a WOMEN'S NATIONAL BASKETBALL ASSOCIATION,
LOS ANGELES SPARKS,
CANDACE PARKER,
LISA LESLIE,
TINA THOMPSON,
NOELLE QUINN,
BETTY LENNOX,
DELISHA MILTON-JONES,
MICHAEL COOPER,
SEATTLE STORM,
SUE BIRD,
SWIN CASH,
TANISHA WRIGHT,
LAUREN JACKSON,
JANELL BURSE,
BRIAN ANGLER,
SACRAMENTO MONARCHS,
COURTNEY PARIS,
TICHA PENICHEIRO,
KARA LAWSON,
NICOLE POWELL,
REBEKKAH BRUNSON,
CRYSTAL KELLY,
JENNY BOUCEK,
PHOENIX MERCURY,.
TEMEKA JOHNSON,
CAPPIE PONDEXTER,
DIANA TAURASI,
LE COE WILLINGHAM,
TANGELA SMITH,
COREY GAINES,

SAN ANTONIO SILVER STARS,
BECKY HAMMON,
VICKIE JOHNSON,
ERIN PERPEROGLU,
SOPHIA YOUNG,
RUTH RILEY,
DAN HUGHES,
MINNESOTA LYNX,
CANDACE WIGGINS,
SEIMONE AUGUSTUS,
LATOYA PRINGLE,
KELLY MILLER,
NICKY ANOSICE,
DON ZIERDEN,
DETROIT SHOCK,
CHERYL FORD,
KATIE SMITH,
TAJ MCWILLIAMS-FRANKLIN,
DEANNA NOLAN,
SHAVONTE ZELLOUS,
BILL LAIMBEER,
CONNECTICUT SUN,
CHANTE BLACK,
LINDSAY WHALEN,
ERIN PHILLIPS,
KERRI GARDIN,
ASJHA JONES,
MIKE THIBAULT,
NEW YORK LIBERTY,
ESSENCE CARSON,
LEILANI MITCHELL,
SHAMEKA CHRISTON,
CATHRINE KRAAYEVELD,
JANEL MCCARVILLE,
PAT COYLE,
KIA VAUGHN,
INDIANA FEVER,
KATIE DOUGLAS,
TULLY BEVILAQUA,
TAMIKA CATCHINGS,
EBONY HOFFMAN,
TAMMY SUTTON-BROWN,
LIN DUNN,
CHICAGO SKY,
DOMINIQUE CANTY,

JIA PERKINS,
BROOKE WYCKOFF,
CANDICE DUPREE,
SYLVIA FOWLES,
STEVE KEY,
KRISTI TOLIVER,
ATLANTA DREAM,
IZIANE CASTRO,
MARQUES,
NIKKI TEASLEY,
CHAMIQUE HOLDSCLAW,
MICHELLE SNOW,
ERIKA DESOUZA,
MARYNELL MEADORS,
ANGEL MCCOUGHTRY,
WASHINGTON MYSTICS,
LINDSEY HARDING,
ALANA BEARD,
NAKIA SANFORD,
MONIQUE CURRIE,
CHASITY MELVIN,
JULIE PLANK,
MARISSA COLEMAN, and
BERNARD L. MADOFF JR,

       Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a document titled "Preliminary Injunction, Temporary Restraining Order, TRO."   He has failed either to pay the $350.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted document is deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers that

the Plaintiff files in response to this order must include the civil action number on this

order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  <u>X</u>  is not submitted
(2)  ___  is not on proper form (must use the court's current form)
(3)  ___  is missing original signature by Plaintiff
(4)  ___  is missing affidavit
(5)  ___  affidavit is incomplete
(6)  ___  affidavit is not notarized or is not properly notarized
(7)  ___  names in caption do not match names in caption of complaint, petition or
          application
(8)  ___  An original and a copy have not been received by the court.
          Only an original has been received.
(9)  <u>X</u>  other:  <u>motion is necessary only if filing fee is not paid in advance</u>

**Complaint or Petition**:
(10)  <u>X</u>  is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the Plaintiff
(13)  ___  is incomplete
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court.  Only an
           original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been
           received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other: _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers that the Plaintiff files

in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms:  Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _18th_ day of _June_____, 2009.

BY THE COURT:


BOYD N. BOLAND
United States Magistrate Judge

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **'09 - CV - 01455**

Bernard Madoff
d/b/a Jonathan Lee Riches
1306 Ashbridge Rd.
Westchester, PA 19380

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Complaint forms** to the above-named individuals on _____6/22/09_____

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk