IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-01455-BNB

JONATHAN LEE RICHES, d/b/a BERNARD MADOFF

    Plaintiff,

v.

WNBA d/b/a WOMEN'S NATIONAL BASKETBALL ASSOCIATION,
LOS ANGELES SPARKS,
CANDACE PARKER,
LISA LESLIE,
TINA THOMPSON,
NOELLE QUINN,
BETTY LENNOX,
DELISHA MILTON-JONES,
MICHAEL COOPER,
SEATTLE STORM,
SUE BIRD,
SWIN CASH,
TANISHA WRIGHT,
LAUREN JACKSON,
JANELL BURSE,
BRIAN ANGLER,
SACRAMENTO MONARCHS,
COURTNEY PARIS,
TICHA PENICHEIRO,
KARA LAWSON,
NICOLE POWELL,
REBEKKAH BRUNSON,
CRYSTAL KELLY,
JENNY BOUCEK,
PHOENIX MERCURY,
TEMEKA JOHNSON,
CAPPIE PONDEXTER,
DIANA TAURASI,
LE COE WILLINGHAM,
TANGELA SMITH,
COREY GAINES,
SAN ANTONIO SILVER STARS,
BECKY HAMMON,
VICKIE JOHNSON,

ERIN PERPEROGLU,
SOPHIA YOUNG,
RUTH RILEY,
DAN HUGHES,
MINNESOTA LYNX,
CANDACE WIGGINS,
SEIMONE AUGUSTUS,
LATOYA PRINGLE,
KELLY MILLER,
NICKY ANOSICE,
DON ZIERDEN,
DETROIT SHOCK,
CHERYL FORD,
KATIE SMITH,
TAJ MCWILLIAMS-FRANKLIN,
DEANNA NOLAN,
SHAVONTE ZELLOUS,
BILL LAIMBEER,
CONNECTICUT SUN,
CHANTE BLACK,
LINDSAY WHALEN,
ERIN PHILLIPS,
KERRI GARDIN,
ASJHA JONES,
MIKE THIBAULT,
NEW YORK LIBERTY,
ESSENCE CARSON,
LEILANI MITCHELL,
SHAMEKA CHRISTON,
CATHRINE KRAAYEVELD,
JANEL MCCARVILLE,
PAT COYLE,
KIA VAUGHN,
INDIANA FEVER,
KATIE DOUGLAS,
TULLY BEVILAQUA,
TAMIKA CATCHINGS,
EBONY HOFFMAN,
TAMMY SUTTON-BROWN,
LIN DUNN,
CHICAGO SKY,
DOMINIQUE CANTY,
JIA PERKINS,
BROOKE WYCKOFF,
CANDICE DUPREE,

SYLVIA FOWLES,
STEVE KEY,
KRISTI TOLIVER,
ATLANTA DREAM,
IZIANE CASTRO,
MARQUES,
NIKKI TEASLEY,
CHAMIQUE HOLDSCLAW,
MICHELLE SNOW,
ERIKA DESOUZA,
MARYNELL MEADORS,
ANGEL MCCOUGHTRY,
WASHINGTON MYSTICS,
LINDSEY HARDING,
ALANA BEARD,
NAKIA SANFORD,
MONIQUE CURRIE,
CHASITY MELVIN,
JULIE PLANK,
MARISSA COLEMAN, and
BERNARD L. MADOFF JR,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Jonathan Lee Riches, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Medical Center in Lexington, Kentucky. He submitted to the Court *pro se* a motion titled "Preliminary Injunction, Temporary Restraining Order, TRO."

The Court reviewed the motion and determined it was deficient. Therefore, in an order filed on June 22, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Riches to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The June 22, 2009, order pointed out that Mr. Riches failed to submit either the $350.00 filing fee or to file on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Riches failed to submit on the proper, Court-approved form a Prisoner Complaint. The order warned Mr. Riches that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Riches has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the motion for a preliminary injunction and a temporary restraining order is denied as moot.

DATED at Denver, Colorado, this 31 day of July, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01455-BNB

Jonathan Lee Riches
a/k/a Bernard Madoff
1306 Ashbridge Rd.
Westchester, PA 19380

Jonathan Lee Riches
a/k/a Bernard Madoff
Reg No. 40948-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/31/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk