IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01455-ZLW

JONATHAN LEE RICHES,

              Plaintiff,

v.

WNBA,

              Defendant.

_____

ORDER TO CURE DEFICIENCY
_____

Weinshienk, Senior Judge

        Plaintiff submitted a Notice of Appeal on August 10, 2009.  The court has determined that

the document is deficient as described in this order.  Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)    Filing Fee**
         _X_     is not submitted

**(B)    Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
         and Fed. R. App. P. 24**:
         _X_     is not submitted
         __      is missing affidavit
         __      is missing certified copy of prisoner's trust fund statement for the 6-month period
                 immediately preceding this filing
         __      is missing required financial information
         __      is missing an original signature by the prisoner
         __      is not on proper form (must use the court's current form)
         __      other_____

Accordingly, it is


        ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the

date of this order.  Any papers that Plaintiff filed in response to this order must include the civil

action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy

of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave

to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30

days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 12th day of August, 2009.


BY THE COURT:


_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court